EAP:cap
AO 442 (Rev. 11/11) Arrest Warrant

2020R00252

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.  Case No.  20-mj-369 HB

MENA DHAYA YOUSIF

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MENA DHAYA YOUSIF,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _X_ Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

On or about June 8 and 9, 2020, in Olmstead County in the State and District of Minnesota, and elsewhere, knowing that an offense against the United States had been committed, to wit, arson, did receive, relieve, comfort, and assist the offender, Jose A. Felan, Jr., in order to hinder and prevent the offender's apprehension, trial, and punishment,

in violation of Title 18, United States Code, Section 3.

Date: June 9, 2020

*Issuing officer's signature*

City and State:  St. Paul, MN

Hon. Hildy Bowbeer
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*