AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT 

F#11130968

for the

District of Minnesota

**RECEIVED**

**FEB 25 2021**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. CR 20-113 (2) DSD/BRT |
| | ) | |
| Mena D Yousif | ) | |
| *Defendant* | ) | |

**RECEIVED**

By U.S. Marshal, Saint Paul, MN at 7:54 am, Jul 24, 2020

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mena D Yousif ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ✓ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 2 - Accessory After the Fact, 18:3

Date: 07/24/2020

*Issuing officer's signature*

City and state: Minneapolis, MN

Kim Krulas, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)*

at *(city and state)* _____

SCANNED
FEB 25 2021
U.S. DISTRICT COURT ST. PAUL

Date: ARRESTED ON 2/17/2021
ARRESTED BY CBP-S/CA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*