IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: David T. Schultz |
| | U.S. Magistrate Judge |
| v. | Case No: 20-cr-113 DSD/BRT |
| | Date: March 15, 2021 |
| Mena D Yousif (2), | Video Conference |
| | Time Commenced: 12:59 p.m. |
| Defendant, | Time Concluded: 1:04 p.m. |
| | Time in Court: 5 minutes |

APPEARANCES:

Plaintiff: Emily Polachek, Assistant U.S. Attorney
Defendant: Bruce Rivers,
      X Retained

Date Charges Filed: 7/23/2020    Offense:  Accessory after the fact

   X Waived Reading of Charges    X Advised of Rights

on  X Indictment

X Deft released on conditions previously set from the Southern District of California.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                                                               s/ACH
                                                             Signature of Courtroom Deputy