# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>v.<br><br>Mena D Yousif (2),<br>　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:   DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No:　　　20-cr-113 DSD/BRT<br>Date:　　　　　March 15, 2021<br>Video Conference<br>Time Commenced:　1:04 p.m.<br>Time Concluded:　1:07 p.m.<br>Time in Court:　　3 minutes |

APPEARANCES:

　Plaintiff: Emily Polachek, Assistant U.S. Attorney
　Defendant:  Bruce Rivers,
　　　　X Retained

**Superseding Indictment Dated:** 7/23/2020

　　X Reading of Indictment Waived　　　X Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | March 22, 2021 |
| Defendant's Disclosures Due Date: | March 29, 2021 |
| Motion Filing Date: | April 5, 2021 |
| Motion Response Date: | April 19, 2021 |
| Notice of Intent to call Witnesses: | April 19, 2021 |
| Responsive Notice Deadline: | April 22, 2021 |
| Motion Hearing Date: | May 11, 2021, at 10:00 a.m. before Magistrate Judge Becky R. Thorson |
| Voir Dire/Jury Instruction Due Date: | July 6, 2021 |
| Trial Date: | July 12, 2021, at 9:00 a.m. before District Judge David S. Doty in CR 14W MPLS |

Other Remarks:
X Defendant consents to this hearing via video conference.
X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ACH
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy