## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,                             Docket No.: 20-CR-133 (DSD/BRT)

                Plaintiff                                  **NOTICE OF APPEARANCE**

v.

Mena Yousif,

                Defendant

---

Bruce M. Rivers
701 Building Suite 300
701 Fourth Avenue South
Minneapolis, MN 55415
(612) 339-3939
Attorney I.D 282698

I hereby represent the above-named defendant.

RIVERS LAW FIRM, P.A.

Dated: March 15, 2021                            *s/ Bruce Rivers*
                                                           Bruce Rivers, (#282698)
                                                           Attorney For Defendant
                                                           701 Building Suite 300
                                                           701 Fourth Avenue South
                                                           Minneapolis, Minnesota 55415
                                                          Telephone:     (612) 339-3939