UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO.: 20-cr-113(2) (DSD/BRT)

| | |
|---|---|
| United State of America, ) | |
| Plaintiff, ) | |
| ) | DEFENDANT'S MOTION FOR |
| v. ) | FURLOUGH |
| Mena Yousif, ) | |
| Defendant. ) | |

TO   THIS HONORABLE COURT AND COUNSEL FOR THE GOVERNMENT

By and through the undersigned counsel the Defense hereby moves this honorable court for an Order allowing the Defendant to attend her Sister's high school graduation from Rochester Mayo High School. The event will take place Saturday June 5, 2021 from 11:30 a.m. to 3:30 p.m.. Defense counsel has consulted with AUSA Melinda Williams and the government has no objection provided that at all times Ms. Yousif is accompanied by her parents (which they have agreed to do). No hearing is required.

RIVERS LAW FIRM, P.A.

Date 6-4-2021

By _____
Bruce Rivers, Atty. ID#: 282698
701 Building Suite 300
701 Fourth Avenue South
Minneapolis, MN 55415
Tel:   612-339-3939
Fax:   612-332-4003
Email: riverslawyers@aol.com