UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Mena D. Yousif,

        Defendant.

Crim. No. 20-113-2 (DSD/BRT)

**ORDER**

This matter is before the Court on Mena D. Yousif's Motion to Temporarily Release Defendant's Passport Then Return to Probation. (Doc. No. 74.)

IT IS HEREBY ORDERED that the Motion is GRANTED. U.S. Probation Officer Bradley Rupprecht is directed to Federal Express Mena Yousif's passport to the Defendant's parents in Mexico for the sole purpose of proving to Mexican Authorities that Defendant Yousif is a U.S. Citizen. Upon their return to Minnesota, Defendant's parents must immediately surrender the passport directly to the U.S. Probation Office in care of U.S. Probation Officer Bradley Rupprecht. At no time is Ms. Yousif allowed to access the passport.

Date: June 30, 2021

*s/ Becky R. Thorson*  '
BECKY R. THORSON
U.S. Magistrate Judge