UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                                    Plaintiff,<br><br>v.<br><br>Mena D. Yousif,<br><br>                                    Defendant, | Docket No. 0864 0:20CR00113-002(DSD)<br><br>**Order Modifying<br>Conditions of Pretrial Release** |

IT IS HEREBY ORDERED that the following conditions be vacated and removed from the defendant's conditions of release:

Participate in the Location Monitoring Program and comply with its requirements as directed under the following component and technology:

   Home Detention:  You are restricted to our residence at all times except for Pretrial Services-approved absences for:  employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, Court-ordered obligations, or other activities.

   Utilizing GPS technology

All other conditions as previously imposed shall remain in effect.

Dated:  September 1, 2021                         s/David S. Doty
                                                                  David S. Doty
                                                                  Senior U.S. District Judge