# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| MENA D. YOUSIF, | |
| Defendant. | |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 20CR113(2)(DSD/BRT) |
| Date: | 9/2/2021 |
| Court Reporter: | Renee Rogge |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Time Commenced: | 1:15 p.m. |
| Time Concluded: | 1:45p.m. |
| Sealed Hearing Time: | |
| Time in Court: | 30 minutes |

Before David S. Doty, United States District Judge, at Minneapolis Minnesota

APPEARANCES:
    For Plaintiff:      Melinda A. Williams, Assistant U.S. Attorney
    For Defendant:   Bruce M. Rivers    ☒ RET

PROCEEDINGS:

☒ **Change of Plea Hearing**

☒ PLEA:

    ☒ Guilty as to Count 2 of the Superseding Indictment.

☒    Defendant advised to pay a special assessment in the amount of $100.00.
☒    Presentence Investigation and Report requested.
☒    Bond continued under the same terms and conditions previously imposed.

                        s/DO
                        Judicial Assistant