UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\---------------------------------                              Case No.: 20-CR-00113-002 (DSD)

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.                                                                         **MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO
PRESENTENCE REPORT**

MENA YOUSIF,

        DEFENDANT.

\---------------------------------

    Defendant through his undersigned counsel, moves this Honorable Court for an Order granting defendant a two week extension to submit his objections to the preliminary Presentence Report. The current date for submission was November 30, 2021. Defense counsel was not able to open and review the PSR until December 9, 2021. The undersigned attorney, Bruce Rivers, has been preparing for a jury trial that starts on December 13, 2021, and more time is needed to adequately respond to the PSR.

    The undersigned requests an extension until December 23, 2021 to submit Defendant's objections to the PSR.

                                          Respectfully submitted,

                                          RIVERS LAW FIRM, P.A..

Dated: _December 10, 2021_              By: _s/ Bruce Rivers_
                                                      Bruce Rivers
                                                      Attorney I.D. No. 282698
                                                      Attorneys for Defendant
                                                      701 Fourth Avenue South, Suite 300
                                                      Minneapolis, Minnesota 55415
                                                      Telephone: (612) 339-3939