UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------                    Case No.: 20-CR-00113 (DSD-BRT-2)

UNITED STATES OF AMERICA,

           PLAINTIFF,

vs.                                                  **DEFENDANT'S MOTION TO EXTEND TIME TO FILE POSITION PLEADINGS**

MENA D. YOUSIF,

           DEFENDANT.

---------------------------------

Defendant through her undersigned counsel, respectfully moves this Honorable Court for an Order granting defendant a two week extension to file position pleadings with regard to sentencing factors. The Government does not object to this extension. Please advise.

                                                  Respectfully submitted,

                                                  RIVERS LAW FIRM, P.A..

Dated: *January 26, 2022*                            By: *s/ Bruce Rivers*
                                                          Bruce Rivers
                                                          Attorney I.D. No. 282698
                                                          Attorneys for Defendant
                                                          701 Fourth Avenue South, Suite 300
                                                          Minneapolis, Minnesota 55415
                                                          Telephone: (612) 339-3939